Same case below, 605 F.3d 1152.

**No. 10-528. Grady Roland Pugh, Sr., and Roland Pugh Construction, Inc., Petitioners v. United States.**

562 U.S. 1270, 131 S. Ct. 1600, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 2082.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 605 F.3d 1152.

**No. 10-533. Jewell C. "Chris" McNair, Petitioner v. United States.**

562 U.S. 1270, 131 S. Ct. 1600, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 2024.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 605 F.3d 1152.

**No. 10-576. Fideicomiso de la Tierra del Cano Martin Pena, Petitioner v. Luis G. Fortuno, Governor of Puerto Rico, et al.**

562 U.S. 1270, 131 S. Ct. 1600, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 2028.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 604 F.3d 7.

**No. 10-622. S & M Brands, Inc., et al., Petitioners v. James D. "Buddy" Caldwell, Attorney General of Louisiana.**

562 U.S. 1270, 131 S. Ct. 1601, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 1974.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 614 F.3d 172.

**No. 10-649. Apollo Group, Inc., et al., Petitioners v. Policemen's Annuity and Benefit Fund of Chicago.**

562 U.S. 1270, 131 S. Ct. 1602, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 1919.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-671. Wine Country Gift Baskets.com, et al., Petitioners v. John T. Steen, Jr., et al.**

562 U.S. 1270, 131 S. Ct. 1602, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 2095.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 612 F.3d 809.